UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAWRENCE M. ZEWIEY,

    Plaintiff,

v.                                        Case No. 3:20cv3770-LC-HTC

ADMIN. LT. BOOTH,
OFFICER BRANTLEY,
COLONEL JOHN HASSETT,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

This case is before the Court on Plaintiff's complaint seeking to assert claims under 42 U.S.C. § 1983. ECF Doc. 1. The matter was referred to the undersigned Magistrate Judge for preliminary screening and report and recommendation pursuant to 28 U.S.C. § 636 and N.D. Fla. Loc. R. 72.2(B). After granting Zewiey leave to proceed *in forma pauperis*, ECF Doc. 7, the Court reviewed the complaint pursuant to 28 U.S.C. §§ 1915(e) and 1915A. On April 27, 2020, the Court issued an order explaining to Plaintiff that the facts as presented fail to support a viable claim against the named Defendants and providing him an opportunity to voluntarily dismiss this case or clarify his allegations in an amended complaint to state a claim for relief within twenty-one days. ECF Doc. 8. Plaintiff did not respond to that order, so, on

May 29, 2020, the Court issued an order to Plaintiff to show cause why this case should not be recommended for dismissal. ECF Doc. 9. Plaintiff has not responded to the May 29 order, and the time for doing so has expired.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to comply with a Court order.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 13th day of July, 2020.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.

Case No. 3:20cv3770-LC-HTC