UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAWRENCE M ZEWIEY,

    Plaintiff,

v.                                      Case No. 3:20cv3770-LC-HTC

ADMIN LT BOOTH,
OFFICER BRANTLEY,
COLONEL JOHN HASSETT,

    Defendants.

_____/

## **O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 13, 2020 (ECF No. 10).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

    Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (ECF Doc. 10) is adopted and incorporated by reference in this order.

2. The complaint (ECF Doc. 1) is DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to comply with a Court order.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 13th day of August, 2020.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:20cv3770-LC-HTC